IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LINDA LIPPOLIS,** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 19-2102 |
| v. | : | |
| | : | |
| **FLORENCE BAILEY, ET AL.** | : | |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 12th day of July 2019, upon consideration of the pleadings and responses to the Court's Order to Show Cause, and for the reasons set forth in the Court's accompanying Memorandum, the Court **ORDERS** this matter **TRANSFERRED** to the District of New Jersey for further proceedings, pursuant to 28 U.S.C. §§ 1404, 1406.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.